# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 22, 2019

158263

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

MARK DOUGLAS SWANK, JR.,
Defendant-Appellant.

SC: 158263
COA: 343601
Lenawee CC: 16-017919-FH

_____/

On order of the Court, the application for leave to appeal the June 20, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 22, 2019



Clerk

p0515